# PAVIA & HARCOURT LLP

230 Park Avenue
New York, NY 10169
Telephone: (212) 980-3500
Facsimile: (212) 980-3185
www.pavialaw.com

Brandon C. Sherman
Associate
Direct Dial: 212-508-2314
bsherman@pavialaw.com

*MILAN*
Via Giosuè Carducci, 38
20123 Milano

*PARIS*
FORENSIS
98 Boulevard Malesherbes
75017 Paris

January 27, 2022

By ECF

Hon. Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**LABIN v. SOCIEDAD TEXTIL LONIA, CORP., et al.,
Case No. 1:21-cv-5870**

Dear Judge Liman:

Pavia & Harcourt LLP represents Defendant Sociedad Textil Lonia, Corp. in the above matter. We write with the consent of Plaintiff's counsel to request that the Court approve the parties' Agreement and Mutual Release (Exhibit 1; "Settlement Agreement") as fair and reasonable in light of the factors set forth in Fisher v. SD Protection Inc., 948 F.3d 593, 600 (2d Cir. 2020), Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), and Wolinsky v. Scholastic, Inc., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012).

On January 13, 2022, the Parties appeared before this Court by Telephone Conference for a fairness hearing in connection with the Joint Letter Motion for Approval of Proposed Settlement Agreement.

This Court made the following determination:

[T]he Court finds the settlement to be fair and reasonable (under Cheeks and Fisher) from a financial perspective, which includes the settlement

amount and attorney fees. The Court finds all non-economic terms to comply with Cheeks with the exception of the Confidentiality Provision.

The Settlement Agreement has now been amended to omit the Confidentiality Provision in its entirety. It is otherwise unchanged from the parties' previous submission, and it has been fully executed by both parties.

In light of the foregoing, we respectfully request that the Court approve the Settlement Agreement.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Brandon C. Sherman*

Brandon C. Sherman